126 So.2d 537

**Volga ADAMS**

v.

**STATE.**

6 Div. 664.

Supreme Court of Alabama.

Jan. 26, 1961.

Warren S. Reese, Jr., Montgomery, and Mullins & Perry Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Volga Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Adams v. State, 126 So.2d 537.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

122 So.2d 525

**Amos ANDERSON**

v.

**STATE.**

4 Div. 42.

Supreme Court of Alabama.

Aug. 18, 1960.

MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for petitioner.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Anderson v. State, 122 So.2d 523.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

123 So.2d 310

**Lillie BAILEY**

v.

**STATE.**

5 Div. 733.

Supreme Court of Alabama.

Sept. 15, 1960.

Harry D. Raymon, Tuskegee, for petitioner.

MacDonald Gallion, Atty. Gen., and Jos. D. Phelps, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Lillie Bailey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bailey v. State, 123 So.2d 304.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.